

Priority ✓
Send ✓
Enter ✓
Closed —
JS-5/JS-6 —
JS-2/JS-3 —
Scan Only —

FILED
CLERK US DISTRICT COURT
JUL 1 2 2004
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

ENTERED
JUL 1 2 2004
CLERK, US DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION



THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(D).

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYMOND LISKA, SR., <br><br> Plaintiff, <br><br> v. <br><br> PECHANGA BAND OF SAN LUISENO INDIANS, <br><br> Defendant. | Case No  EDCV 03-1307-VAP(SGLx) <br><br> **ORDER GRANTING DEFENDANT'S MOTION TO SET ASIDE THE DEFAULT AND DISMISS THE COMPLAINT** <br><br> [Motion filed on June 24, 2004.] |

The Court has received and considered all papers filed in support of, and in opposition to, the Motion to Set Aside the Default and Dismiss the Complaint. The Motion is appropriate for resolution without oral argument. See Fed R Civ. P 78; Local Rule 7-15. For the reasons set forth below, the Motion is GRANTED

### I. BACKGROUND

Joseph Raymond Liska, Jr ("Plaintiff") filed this action on November 13, 2003, alleging that the Pechanga



DOCKETED ON CM
JUL 1 2 2004

1 Band of Luiseno Mission Indians ("Defendant") violated
2 the Indian Gaming Regulatory Act ("IGRA"), 25 U.S C. §
3 2701, et seq. At Plaintiff's request, the Clerk of Court
4 entered default against Defendant on March 29, 2004
5 Defendant filed a Motion to Set Aside the Default and to
6 Dismiss the Complaint on June 24, 2004. Plaintiff did
7 not file an Opposition.

## II. DISCUSSION

### A. SETTING ASIDE THE ENTRY OF DEFAULT

Defendant moves to set aside the default entered against it on the basis that service of process was not properly accomplished under Federal Rule of Civil Procedure 4 [Mot. at 8 ] Plaintiff purported to serve Defendant on December 22, 2003 by delivering a copy of the summons and complaint to Dana Palmer, who, according to Plaintiff, was the "authorized person for service", at 45000 Pechanga Parkway in Temecula, California. [See Feb 4, 2004 Proof of Service.]

Defendant has submitted declarations in support of its Motion stating that Dana Palmer is not an employee of the Tribal Government, is not authorized to accept service of process on behalf of Defendant, and further, that the Tribal Government offices are not located at 45000 Pechanga Parkway in Temecula, California [Azzarelli Decl ¶¶ 3, 4, Palmer Decl ¶ 2.] In

addition, Dana Palmer has declared under penalty of perjury that she was not served with the summons and complaint in this lawsuit on December 22, 2004, and moreover, that no process server ever attempted to serve a summons and complaint to 45000 Pechanga Parkway during the week of December 22, 2003   [Palmer Decl ¶¶ 3, 4 ] In other words, Plaintiff has not served Defendant

Defendant having established that the default against it was improperly entered, the Motion is granted insofar as it seeks to set the default aside.

**B.   DISMISSAL OF THE COMPLAINT**

Next, Defendant moves to dismiss Plaintiff's Complaint because Plaintiff lacks standing to assert his claim.  [Mot at 7 ]  As the Ninth Circuit explained in <u>Hein v  Capitan Grande Band of Diegueno Mission Indians</u>, 201 F.3d 1256, 1260 (9th Cir  2000), the only private causes of action under IGRA are those explicitly provided   <u>Id</u>  ("Where a statute creates a comprehensive regulatory scheme and provides for particular remedies, courts should not expand the coverage of the statute "), 25 U S C. § 2710(d)(7)(A) (granting district courts jurisdiction over claims brought by only three types of entities:  Indian tribes, States, and the United States).
//
//

1  As IGRA does not explicitly provide Plaintiff with a
2  private cause of action, his claim must be dismissed
3  Hein, 201 F 3d at 1260; 25 U S C. § 2710(d)(7)(A).
4  Accordingly, the Motion is granted insofar as it seeks
5  dismissal of Plaintiff's Complaint

### III. CONCLUSION

For the aforementioned reasons, Defendant's Motion to Set Aside the Default and Dismiss the Complaint is GRANTED without leave to amend.

**IT IS SO ORDERED.**

Dated: July 10, 2004

_____
VIRGINIA A PHILLIPS
United States District Judge

4